UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE A. LYNN,

    Plaintiff,

v.                                      CASE NO. 8:08-CV2348-CIV-T-27MAP

MICHAEL J. ASTRUE, as
Commissioner of the Social
Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), the Plaintiff seeks judicial review of an administrative decision denying him disability insurance benefits and Supplemental Security Income (SSI) benefits.[1] At this juncture, the Commissioner seeks entry of an order remanding the case to the Commissioner for further administrative action due to a lost administrative claim file. The Plaintiff has no objection. Accordingly, it is

RECOMMENDED:

1.      The Commissioner's Motion to Remand (doc. 8) be GRANTED. The case be remanded to the Commissioner pursuant to sentence six of 42

---

[1] This matter has been referred to me pursuant to Local Rule 6.01(c)(21).

U.S.C. §§ 205(g) and 1631(c)(3).

IT IS SO REPORTED at Tampa, Florida on February 12, 2009.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: Honorable James D. Whittemore
    Counsel of record