UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE A. LYNN,

Plaintiff,

vs.                                                    Case No. 8:08-cv-2348-T-27MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate

Judge recommending that Defendant's unopposed Motion to Remand (Dkt. 8) be granted (Dkt. 9).

Upon consideration, it is **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in

all respects and is made a part of this order for all purposes, including appellate review.

2)      Defendant's unopposed Motion to Remand (Dkt. 8) is **GRANTED**.  The case is

remanded to the Commissioner pursuant to sentence six of 42 U.S.C. §§ 205(g) and 1631(c)(3).

3)      The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this 12th day of February, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record