UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE A. LYNN,

        **Plaintiff,**

vs.                                                        Case No. 8:08-cv-2348-T-27MAP

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** are: Plaintiff's unopposed Motion to Affirm Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Dkt. 12); Plaintiff's Notice of Filing (Dkt. 14) the Commissioner's November 4, 2009 decision;[1] and the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's motion be granted (Dkt. 15).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion to Affirm Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Dkt. 12) is **GRANTED**.

---

[1] On January 21, 2010, this Court directed Plaintiff to file the decision (Dkt. 13).

1

3) The Commissioner's decision (Dkt. 14-1) is **AFFIRMED**, and the Clerk is directed to enter judgment in favor of Plaintiff.

4) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this 28th day of January, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record